UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN M. RAYMOND,

Defendant.

Case No. CR07-5409

ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, BARBARA SIEVERS; The defendant appears personally and represented by counsel, RUSSELL LEONARD;

The defendant has been advised of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision.

The defendant has:
(X) acknowledge his right to a hearing on the merits, voluntarily waived that hearing and acknowledged violating the conditions of supervision as set forth below:
1. Using Marijuana on or before 1/16/08, 1/23/08, 2/12/08, and 3/27/08;
2. Failing to enter into a drug treatment program approved by probation before 4/1/08;
3. Failing to participate in substance abuse treatment by leaving inpatient treatment on or before June 19, 2008;
4. Failing to participate in substance abuse treatment by leaving outpatient treatment on or before September 9, 2008.

The court having determined that the defendant violated the conditions of supervision, now therefore sets the matter for disposition on NOVEMBER 14, 2008 AT 2:00 P.M.

The defendant is to be detained in custody, to be delivered by the U.S. Marshal to the undersigned on November 14, 2008 at 2:00 p.m.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

October 6, 2008.

_/s/ J. Kelley Arnold_____
J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1